JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-7637-GW-JC | Date | January 5, 2023 |
|---|---|---|---|
| Title | *Tyesha Jackson Wise v. I.C. System Inc.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:    IN CHAMBERS - ORDER**

On October 19, 2022, Plaintiff filed a complaint and a request to proceed in forma pauperis. On November 28, 2022, this Court issued an order indicating Plaintiff was ordered to correct the jurisdiction deficiencies in the Complaint and resubmit the Complaint. *See* ECF No. 11. Plaintiff was informed that failure to do so would result in a dismissal without prejudice. Plaintiff has not supplied the required documentation within 30 days of the order. Hence, this lawsuit is dismissed without prejudice.

|  | : |
|---|---|
| Initials of Preparer | JG |